

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00868-CV

**FORT DUNCAN MEDICAL CENTER INC.**,
Appellant

v.

Edwin **MARTIN** and Esther Martin, Individually
and as Representative of the Estate of Robert Martin,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 10-12-26093-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

Costs are assessed against the party that incurred them.

SIGNED May 28, 2014.

Sandee Bryan Marion, Justice